1  ANDREW K. JACOBSON (CSBN 148583)
   BAY OAK LAW
2  180 Grand Ave Ste 700
   Oakland, California 94612
3  Telephone: (510) 208-5500
   Facsimile:  (510) 208-5511
4  andy@bayoaklaw.com

5  Counsel for Plaintiff

6  James M. Barrett, Esq.
   Law Office of James M. Barrett
7  789 Castro Street
   Mountain View, CA 94040
8  PH 650-969-3687
   FX 650-969-3699
9  jb@jamesbarrettlaw.com

10 Counsel for Defendants

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14 SWINGLESS GOLF CLUB CORPORATION, A    Case No. C-08-05574
   WYOMING CORPORATION,
15                                        STIPULATION AND [PROPOSED] ORDER
   PLAINTIFF,                             REGARDING EXTENSION OF TIME TO
16                                        BEGIN MEDIATION (ADR LOCAL
   v.                                     RULES 3-6, 6-4, AND 6-5)
17
   ROY H. TAYLOR, ET ALIA,
   DEFENDANTS.
18

19      WHEREAS, the court has ordered the parties to begin their mediation by June 19,

20 2009, pursuant to ADR Local Rule 3-6; and

21      WHEREAS, the parties believe that some time is necessary to conduct discovery

22 before the mediation occurs; and

23      WHEREAS, ADR Local Rules 3-6, 6-4, and 6-5 requires a court order to extend

24 the deadline for the mediation to begin; and

25      WHEREAS, the parties agree that such an extension will not delay the trial;

26

-1-

IT IS HEREBY STIPULATED BETWEEN THE PARTIES THAT:

The deadline for beginning the mediation shall be August 19, 2009, before court-ordered mediator Karen Boyd.

IT IS SO STIPULATED.

Dated: April 23, 2009

BAY OAK LAW

By: *Andrew K. Jacobson*
ANDREW K. JACOBSON
Counsel for Plaintiff

Dated: April 23, 2009

LAW OFFICE OF JAMES BARRETT

By: *James M. Barrett*
JAMES BARRETT
Counsel for Defendants

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWING, it is hereby ordered pursuant to ADR Local Rules 3-6, 6-4, and 6-5 that the deadline for beginning the mediation shall be August 19, 2009.

IT IS SO ORDERED.

Date: April 27, 2009

THE HONORABLE WILLIAM ALSUP
DISTRICT COURT JUDGE, NORTHERN
DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge William Alsup*

-2-

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO BEGIN MEDIATION (ADR LOCAL RULES 3-6, 6-4, AND 6-5)**