IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>ROY H. TAYLOR, *et al.*,<br><br>        Defendants.<br>                                                         / | No. C 08-05574 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR CLAIM CONSTRUCTION** |

Paragraph 3 of the case management order requires counsel to meet and confer and propose a briefing schedule leading up to the claim-construction hearing. It further requires that the briefing schedule be filed by March 31, 2009 and entitled "Proposed Order Re Schedule For Claim Construction" and sent by email to whapo@cand.uscourts.gov. The Court has not received any such filing. When the undersigned's staff called plaintiff's counsel, he indicated that claim construction would not be contested. By **FRIDAY, MAY 1, 2009 AT NOON**, the parties must file a joint statement explaining why a claim-construction hearing is not needed.

**IT IS SO ORDERED.**

Dated: April 29, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE