IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>ROY H. TAYLOR, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 08-05574 WHA<br><br>**ORDER RE PROPOSED SCHEDULE FOR CLAIM CONSTRUCTION** |

The Court is in receipt of the parties' statement that they have met and conferred and would like a claim construction hearing despite failing to file a proposed briefing schedule as required by the case management order. The parties must meet and confer and propose a briefing schedule leading up to the claim-construction hearing. The proposed briefing schedule must be filed by **WEDNESDAY, MAY 6, 2009 AT NOON** and entitled "Proposed Order re Schedule for Claim Construction."

**IT IS SO ORDERED.**

Dated: May 1, 2009

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE