IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>ROY H. TAYLOR, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 08-05574 WHA<br><br>**ORDER RE EXTENDED DEADLINE FOR PROPOSED SCHEDULE** |

A prior order herein set Wednesday, May 6, 2009 as the deadline for the parties to file a proposed order regarding the briefing schedule for claim construction. The Court is in receipt of the parties' statement requesting an extension of time to file the proposed order. According to the statement, defense counsel will be in the hospital for cancer surgery on Monday, May 4, 2009 and will require time for recovery. Good cause being shown, the deadline for filing the proposed order is extended to **FRIDAY, MAY 15, 2009 AT NOON**.

**IT IS SO ORDERED.**

Dated: May 5, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE