ANDREW K. JACOBSON (CSBN 148583)
BAY OAK LAW
180 Grand Ave Ste 700
Oakland, California 94612
Telephone: (510) 208-5500
Facsimile:  (510) 208-5511
andy@bayoaklaw.com

Counsel for Plaintiff

James M. Barrett, Esq.
Law Office of James M. Barrett
789 Castro Street
Mountain View, CA 94040
PH 650-969-3687
FX 650-969-3699
jb@jamesbarrettlaw.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SWINGLESS GOLF CLUB CORPORATION, A WYOMING CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>ROY H. TAYLOR, ET ALIA,<br>DEFENDANTS. | Case No. C-08-05574<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE CLAIM CONSTRUCTION BRIEFING SCHEDULE |
|---|---|

The court has ordered that the parties submit a briefing schedule regarding claim construction by May 13, 2009. However, because of his recuperation from surgery, counsel for defendants will not be able to do so by then. The parties therefore stipulate that the court extend the deadline to submit a briefing schedule regarding claim construction to May 20, 2009.

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE CLAIM CONSTRUCTION BRIEFING SCHEDULE

Dated: May 12, 2009            BAY OAK LAW

By: _____
ANDREW K. JACOBSON*
Counsel for Plaintiff

Dated: May 12, 2009            LAW OFFICE OF JAMES BARRETT

By: __/s/_____
JAMES BARRETT
Counsel for Defendants

* I, Andrew K Jacobson, hereby attest that, pursuant to General Order 45, Sec. X.B., concurrence for the filing of this stipulation and proposed order has been received from Mr. Barrett.

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWING, it is hereby ordered that the deadline to file a briefing schedule for claim construction shall be extended to May 20, 2009.

**IT IS SO ORDERED.**

Date: May 13, 2009

_____
THE HONORABLE WILLIAM ALSUP
DISTRICT COURT JUDGE, NORTHERN
DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge William Alsup*

-2-

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE CLAIM CONSTRUCTION BRIEFING SCHEDULE