ANDREW K. JACOBSON (CSBN 148583)
BAY OAK LAW
180 Grand Ave Ste 700
Oakland, California 94612
Telephone: (510) 208-5500
Facsimile: (510) 208-5511
andy@bayoaklaw.com

Counsel for Plaintiff

James M. Barrett, Esq.
Law Office of James M. Barrett
789 Castro Street
Mountain View, CA 94040
PH 650-969-3687
FX 650-969-3699
jb@jamesbarrettlaw.com

Counsel for Defendants

BAY OAK LAW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SWINGLESS GOLF CLUB CORPORATION, A WYOMING CORPORATION,**<br><br>**PLAINTIFF,**<br><br>**V.**<br><br>**ROY H. TAYLOR, ET ALIA, DEFENDANTS.** | **Case No. C-08-05574**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE CLAIM CONSTRUCTION BRIEFING SCHEDULE** |

Having met and conferred, the parties stipulate to the following schedule for briefing on the claim construction. Those in bold are already on schedule with the court:

1. Disclosure of Asserted Claims: May 27, 2009.
2. Terms of Construction (Local Rule 4-1 (a-b)) June 10, 2009.
3. Joint Claim Construction and Prehearing Statement June 17, 2009.
4. Claim Brief: July 8, 2009.

| | | |
|---|---|---|
| ~~5.~~ | ~~Tutorial for Court~~ | ~~July 15, 2009, 1:30pm.~~ |
| 6. | Reply to Claim Brief | July 22, 2009. |
| 7. | Response to Reply | July 29, 2009. |
| **8.** | **Claim Construction Hearing and Tutorial for Court** | **August 5, 2009, 1:30 pm.** |

Dated: May 20, 2009

BAY OAK LAW

By: [signature]
ANDREW K. JACOBSON*
Counsel for Plaintiff

Dated: May 20, 2009

LAW OFFICE OF JAMES BARRETT

By:__/s/________________
JAMES BARRETT
Counsel for Defendants

* I, Andrew K Jacobson, hereby attest that, pursuant to General Order 45, Sec. X.B., concurrence for the filing of this stipulation and proposed order has been received from Mr. Barrett.

//

//

//



BAY OAK LAW

# ~~[PROPOSED]~~ ORDER

FOR GOOD CAUSE SHOWING, the above schedule is so ordered.

**IT IS SO ORDERED.**

Date: May 22, 2009




**THE HO[illegible] M H ALSUP**
DISTR[illegible] THE NORTHERN
DISTRI[illegible] ORNIA

BAY OAK LAW