IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION,<br><br>  Plaintiff,<br><br> v.<br><br>ROY H. TAYLOR, *et al.*,<br><br>  Defendants. | No. C 08-05574 WHA<br><br>**ORDER DENYING PROPOSED MODIFIED CLAIM CONSTRUCTION BRIEFING SCHEDULE** |

The Court is in receipt of the parties' stipulation and proposed order re the claim construction briefing schedule. Good cause not being shown, the request to modify the schedule is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE