IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, A WYOMING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROY H. TAYLOR, *et al.*,<br><br>Defendants.<br>_____ / | No. C 08-05574 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff has filed a motion for leave to file an amended complaint, and the motion is currently scheduled to be heard on September 3, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition was due on August 13, 2009, but no such opposition was received. Defendants are ordered to respond by **NOON ON AUGUST 19, 2009**, and show cause for their failure to respond. If defendants fail to respond, the motion may be granted as unopposed. Or, if defendants do not oppose the motion, then they must file a statement of non-opposition in accordance with Civil Local Rule 7-3(b).

**IT IS SO ORDERED.**

Dated: August 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE