IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming Corporation<br><br>    Plaintiff,<br><br>  v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>    Defendants.<br>                                              /<br><br>AND RELATED COUNTERCLAIMS<br>                                              / | No. C 08-05574 WHA<br><br>**ORDER DENYING APPLICATION TO CONTINUE TRIAL** |

     The reasons set forth in the *ex parte* application filed by the parties to continue the trial date are simply too vague. The parties must provide a detailed declaration to justify the lengthy continuance sought. Accordingly, the application is **DENIED** without prejudice to the parties to submit a detailed declaration on this issue.

     **IT IS SO ORDERED.**

Dated: December 4, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE