IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>Defendants.<br>_____/ | No. C 08-05574 WHA<br><br><br>**ORDER RESCHEDULING PRETRIAL CONFERENCE** |

Yesterday's order granting the parties' stipulated continuance of trial dates set the date for the final pretrial conference to September 6, 2010. This, however, is Labor Day, a federal holiday observed by the court system. Therefore, the final pretrial conference is hereby rescheduled to **2 P.M. ON MONDAY, SEPTEMBER 13, 2010**, when the courtroom doors will actually be open.

**IT IS SO ORDERED.**

Dated: December 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE