**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   SWINGLESS GOLF CLUB CORPORATION,          No. C 08-05574 WHA
    a Wyoming Corporation,
10

11          Plaintiff,

12      v.                                    **ORDER DENYING REQUEST
                                              TO VACATE HEARING ON
13   ROY H. TAYLOR, individually and d/b/a    MOTION TO DISMISS**
     CENTERFIRE GOLF COMPANY, and
14   JAMES S. STOWELL, an individual, JACK
     GALANTI, an individual, MIKE STRINGER,
15   an individual, CENTERFIRE GOLF
     COMPANY, a California corporation, NEW
16   RIVER INDUSTRIES CORP., EZEE GOLF
     LLC, a Delaware limited liability company,
17   and STEVE FLUKE, an individual,

18          Defendants.
                                           /
19

20          The parties' stipulation requesting waiver of oral argument for the motion to dismiss

21   pending before the undersigned has been received.  The request is **DENIED**.  Both parties are

22   expected to be present and prepared to argue this motion at 8:00 a.m. on Thursday, December 24.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  December 22, 2009.

                                           WILLIAM ALSUP
27                                         UNITED STATES DISTRICT JUDGE

28