**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>    Defendants.<br>_____ /<br>ROY H. TAYLOR, JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, STEVE FLUKE, an Individual,<br><br>    Counterclaimants,<br><br>  v.<br><br>SWINGLESS GOLF CORPORATION, A Wyoming Corporation, JAMES DEPORCHE, an individual, and JOYCE TAYLOR, an individual, and DOES 1–25,<br><br>    Counterdefendants.<br>_____ / | No. C 08-05574 WHA<br><br>**ORDER SETTING DEPOSITION SCHEDULE** |

As discussed at the hearing before the undersigned on December 24, 2009, all depositions of individual parties to this action must be completed by **FEBRUARY 12, 2010**. This deadline is without prejudice to the parties to conduct additional depositions of the individuals *if necessary*.

To facilitate this process, a deposition schedule was formulated at the hearing. Pursuant to this schedule, IT IS HEREBY ORDERED:

1. The deposition of **STEVE FLUKE** is scheduled for **9:00 A.M. ON JANUARY 25, 2010** at the Philip Burton Federal Building in San Francisco. The courtroom deputy will attempt to reserve a room for this purpose, and will contact the parties shortly.

2. The deposition of **JAMES DEPORCHE** is scheduled for **JANUARY 26, 2010** at a time and place to be decided by the parties

3. The deposition of **JACK GALANTI** is scheduled for **JANUARY 27, 2010** at a time and place to be decided by the parties.

4. The deposition of **JOYCE TAYLOR** is scheduled for **JANUARY 28, 2010** at a time and place to be decided by the parties.

5. The deposition of **MIKE STRINGER** is scheduled for **JANUARY 29, 2010** at a time and place to be decided by the parties.

6. The deposition of **JAMES S. STOWELL** is scheduled for **FEBRUARY 1, 2010** at a time and place to be decided by the parties.

7. The deposition of **ROY H. TAYLOR** is scheduled for **FEBRUARY 2, 2010** at a time and place to be decided by the parties.

Changes to the above deposition schedule will not be permitted *unless* all parties agree to a different date and time before the deposition deadline of February 12, 2010, AND the agreement is in writing and signed by all parties.

**IT IS SO ORDERED.**

Dated: December 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2