1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   SWINGLESS GOLF CLUB CORPORATION,          No. C 08-05574 WHA
     a Wyoming corporation,

11
                    Plaintiff,
12                                             **ORDER TO SHOW CAUSE**
         v.                                    **RE MOTION TO STRIKE**
13

14   ROY H. TAYLOR, individually and d/b/a
     CENTERFIRE GOLF COMPANY, and
15   JAMES S. STOWELL, an individual, JACK
     GALANTI, an individual, MIKE STRINGER,
16   an individual, CENTERFIRE GOLF
     COMPANY, a California corporation, NEW
17   RIVER INDUSTRIES CORP., EZEE GOLF
     LLC, a Delaware limited liability company,
18   and STEVE FLUKE, an individual,

19                   Defendants.
                                                            /
20   ROY H. TAYLOR, JAMES S. STOWELL, an
     individual, JACK GALANTI, an individual,
21   MIKE STRINGER, an individual, STEVE
     FLUKE, an Individual,
22
                    Counterclaimants,
23

24       v.

25   SWINGLESS GOLF CORPORATION, A
     Wyoming Corporation, JAMES DEPORCHE,
26   an individual, and JOYCE TAYLOR, an
     individual, and DOES 1–25,
27
                    Counterdefendants.
28                                                          /

**United States District Court**
For the Northern District of California

1    On June 21, 2010, plaintiffs moved to strike the answer filed by corporate defendants

2  Centerfire Golf Company, EZee Golf, LLC, and New River Industries Corporation (Dkt. No. 93).

3  The hearing on the motion was properly noticed for July 29 (and subsequently continued to

4  August 5).  Defendants, however, failed to file a timely opposition (or statement of non-

5  opposition) pursuant to Civil Local Rule 7-3.  Given this failure, defendants are **ORDERED TO**

6  **SHOW CAUSE** why the motion to strike should not be granted in its entirety.  If no response to this

7  order is filed **BY NOON ON THURSDAY, JULY 22**, plaintiffs' motion will be granted.

8

9    **IT IS SO ORDERED.**

10

11  Dated:  July 20, 2010.

12  _____
    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2