IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>Defendants.<br>_____ / | No. C 08-05574 WHA<br><br>**REMINDER TO COUNSEL REGARDING UPCOMING TRIAL DATES** |

To ensure absolute clarity regarding upcoming trial dates, the final pretrial conference will occur at **2 P.M. ON MONDAY, SEPTEMBER 13, 2010**, with all pretrial filings due at least one week prior to the conference. A jury trial will begin promptly at **7:30 A.M. ON SEPTEMBER 20**. Counsel is again reminded that no further continuances will be granted. Both sides must prepare for trial.

Dated: August 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE