IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>Defendants.<br>_____/ | No. C 08-05574 WHA<br><br>**ORDER REGARDING MOTION TO DISQUALIFY COUNSEL** |

The pending *ex parte* motion to disqualify defense counsel (filed by defense counsel on September 6, 2010) will be addressed at the pretrial conference. Defense counsel should be aware, however, that the current submissions do not provide a sufficient basis to grant the motion. All defendants must therefore be present at the pretrial conference and be prepared to testify in person and, if necessary, *in camera* as to the supposed conflict that has arisen.

**IT IS SO ORDERED.**

Dated: September 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE