**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>Defendants.<br>_____/ | No. C 08-05574 WHA<br><br>**NOTICE REGARDING MAGISTRATE JUDGE REFERRAL** |

    The undersigned judge has not been able to locate a magistrate judge with availability this week. One remaining option is being explored, however, and the parties will be notified tomorrow if it is viable.

Dated: September 13, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE