IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>       Defendants.<br>                                                  / | No. C 08-05574 WHA<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

Magistrate Judge Donna Ryu in the Oakland division is available to hold a settlement conference **AT 1:30 P.M. ON WEDNESDAY, SEPTEMBER 15** (tomorrow). The parties shall contact her chambers at (510) 637-1006, or her clerk, Ivy Garcia, at (510) 637-3639 to acknowledge that all counsel and clients will be present. The Oakland courthouse is located at 1301 Clay Street in Oakland, CA, 94612.

**IT IS SO ORDERED.**

Dated: September 14, 2010.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE