UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, A WYOMING CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>ROY H. TAYLOR, ET ALIA,<br>DEFENDANTS. | Case No. C-08-05574-WHA (DMR)<br><br>STIPULATED JUDGMENT AND PERMANENT INJUNCTION |

WHEREAS, Plaintiff Swingless Golf Club Corporation, a Wyoming Corporation ("Swingless"), filed the instant lawsuit against, Roy Taylor, Steve Fluke, Jack Galanti, Michael Stringer, James Stowell, New River Industries, Centerfire Golf Corporation, and EZeeGolf LLC ("Defendants") for patent infringement, misappropriation of trade secrets, unfair competition, Lanham Act violation, and breach of contract against Taylor, Fluke and Stringer, and

WHEREAS, Swingless and Defendants stipulate to entry of judgment as follows:

# JUDGMENT

It is hereby adjudged that the following defendants are liable for a money judgment as follows:

| | |
|---|---|
| Steve Fluke: | $43,000.00. |
| Jack Galanti: | $22,500.00. |
| James Stowell: | $2,250.00. |
| Michael Stringer: | $30,000.00. |
| Roy Taylor: | $150,000.00. |

*Provided that*, should Plaintiff receives cashier's checks from the following defendants in the following sums on or before October 15, 2010, a full satisfaction of judgment will be entered as to that Defendant:

| | |
|---|---|
| Jack Galanti: | $15,000.00. |
| James Stowell: | $1,500.00. |
| Michael Stringer: | $20,000.00. |
| Roy Taylor: | $100,000.00. |

# INJUNCTION

IT IS HEREBY ADJUDGED that Fluke, Galanti, Stringer, and Stowell, and all those in concert with them, are hereby permanently restrained from, without the explicit written and valid authorization of Swingless or its successors-in-interest:

    A.    Making, selling, or otherwise making available any device that uses:

        (i)    The "Ballistic Impeller Golf Club," United States Patent and Trademark Office ("PTO") serial number 5,522,594 (the "'594 Patent");

        (ii)    The "Variable Range Device For Ballistic Impeller Golf Club," PTO serial number 5,816,927 (the "'927 Patent");

        (iii)    "The Ballistic Impeller Golf Club," PTO serial number 5,924,932 (the

"'932 Patent"); and

    (iv) "The Cartridge Holder for a Ballistic Impeller Golf Club," PTO serial number 6,139,440 (the "'440' Patent").

b. Using any trade secrets regarding ballistic impeller golf clubs belonging to Swingless; and

c. Assigning, or attempting to assign, the rights to any Patent, copyright, or trademark belonging to Swingless without the order of this Court.

The parties are each to bear their own costs and attorneys' fees for this litigation. Defendants waive all appellate rights by this stipulation.

IT IS SO STIPULATED.

_____  
ANDREW K JACOBSON  
Counsel for Plaintiff Swingless Golf Club Corporation

_____  
JAMES BARRETT  
Counsel for Defendants

FOR GOOD CAUSE SHOWING, THE ABOVE STIPULATION IS THE FINAL JUDGMENT OF THIS COURT. THE CLERK SHALL CLOSE THE FILE.

Dated: September 21, 2010.

_____  
THE HONORABLE WILLIAM H ALSUP  
Judge for the United States District Court for the Northern District of California