IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION, a Wyoming corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>            Defendants.<br>                                                                    / | No. C 08-05574 WHA<br><br>**ORDER REGARDING DEFENDANTS' REQUEST TO RELEASE INJUNCTION** |

On July 21, 2011, defendants Roy Taylor, Steve Fluke, Jack Galanti, Michael Stringer, and James Stowell filed a request for an order releasing the permanent injunction that was entered against them as part of the September 2010 stipulated judgment in this action (Dkt. No. 139). Plaintiff may file an opposition or response to this request by **NOON ON AUGUST 1, 2011**. The request will then be deemed submitted for decision without oral argument

**IT IS SO ORDERED.**

Dated: July 22, 2011.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE