IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWINGLESS GOLF CLUB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROY H. TAYLOR, individually and d/b/a CENTERFIRE GOLF COMPANY, and JAMES S. STOWELL, an individual, JACK GALANTI, an individual, MIKE STRINGER, an individual, CENTERFIRE GOLF COMPANY, a California corporation, NEW RIVER INDUSTRIES CORP., EZEE GOLF LLC, a Delaware limited liability company, and STEVE FLUKE, an individual,<br><br>Defendants.<br>_____/ | No. C 08-05574 WHA<br><br>**ORDER GRANTING STIPULATED RELEASE OF PERMANENT INJUNCTION AS TO DEFENDANTS FLUKE, STRINGER, AND STOWELL** |

Parties filed a stipulated release of permanent injunction as to defendants Steve Fluke, Michael Stringer, and James Stowell (Dkt. No. 143). As ordered in the stipulated judgment and permanent injunction enter by the Court in September 2010, defendants may be released of the injunction by the "explicit written and valid authorization" of plaintiff or its successors-in-interest (Dkt. No. 134). Pursuant to the parties' stipulation, defendants Fluke, Stringer, and Stowell are released of the injunction.

**IT IS SO ORDERED.**

Dated: January 13, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE